IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VICTOR DALE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF OREGON, *et al.*,<br><br>　　　　Defendants. | CASE NO. 3:21-CV-01181-DAC<br><br>MAGISTRATE JUDGE DARRELL A. CLAY<br><br>**JUDGMENT ENTRY** |

For the reasons stated in the accompanying Order (ECF #39), Defendant Joel Turner and Defendant Logan Nitkiewicz's joint Motion for Summary Judgment (ECF #30) and Defendant City of Oregon's Motion for Summary Judgment (ECF #31) are granted and this case is **DISMISSED** with prejudice.

　　**IT IS SO ORDERED**

　　Dated: September 11, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DARRELL A. CLAY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE